# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

WANDA J. PHILIPSEN,

    Plaintiff,

v.

WAL-MART STORES, INC.,

    Defendant.

CASE NO. _____

**NOTICE OF REMOVAL**

Defendant, Wal-Mart Stores, Inc., notifies the Court that it has removed the above-referenced action from the Iowa District Court in and for Polk County, Law No. CL122300, pursuant to 28 U.S.C. §§ 1331, 1332 and 1441. In support of its removal, Defendant states as follows:

1. This action is being removed to Federal Court based upon federal question jurisdiction and diversity of citizenship jurisdiction.

2. On May 24, 2011, Plaintiff, Wanda J. Philipsen ("Philipsen"), filed the above-entitled civil action in the Iowa District Court in and for Polk County, Case No. CL122300. Defendant was served with the Petition on May 26, 2011, and therefore has timely removed this case. The action is wholly civil in nature, the United States District Court for the Southern District of Iowa has original jurisdiction under 28 U.S.C. § 1331 and § 1332, and the action may be removed by Defendant pursuant to 28 U.S.C. § 1441.

3. This action is removable pursuant to 28 U.S.C. § 1331 and § 1441 because the Court has original federal question jurisdiction over claims under the Americans with Disabilities Act and the Family Medical Leave Act as civil actions arising under the laws of the United States. *See* 28 U.S.C. § 1331. Because Plaintiff's Petition

specifically alleges violations of the Americans with Disabilities Act, 42 U.S.C. § 12111, *et seq.* and the Family Medical Leave Act, 29 U.S.C. § 2617(a)(1), removal jurisdiction exists under 28 U.S.C. § 1441(a), (b), and (c).

4. This Court also has diversity of citizenship jurisdiction over the action because Philipsen's allegations establish that the controversy is between citizens of different states. Specifically, Philipsen's Petition alleges,

    a. "Plaintiff is a resident of Des Moines, Polk County, Iowa."

    b. "Defendant Wal-Mart Stores, Inc., ("Wal-Mart") is a Delaware corporation doing business in Ankeny, Polk County, Iowa."

Furthermore, Wal-Mart's principal place of business is in Bentonville, Arkansas.

5. The matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs as Philipsen's Petition requests from the Court "an award of damages against Defendant in an amount sufficient to fully and fairly compensate Plaintiff for Defendant's FMLA violation, together with liquidated damages" and for reasonable attorney fees, interest, and costs. *See* Plaintiff's Petition, Exhibit A.

6. This Notice of Removal is being filed pursuant to 28 U.S.C. § 1446 within thirty days of service of the Petition on or about May 26, 2011.

7. Wal-Mart expressly reserves all defenses to Philipsen's claims, including, but not limited to, all defenses based in law, equity, statute, constitution, jurisdiction, or immunity, any other defense or avoidance, and does not waive any defense by this removal.

8. Attached as Exhibit "A" and incorporated by reference is a true and correct copy of the state court pleadings served upon Defendant and removed by this notice. No

other pleadings or papers have been served or filed with the Iowa District Court in and for Polk County.

9. Attached as Exhibit "B" is a true and correct copy of the Notice of Filing of Notice of Removal which has been served with this document on all parties and filed with the Iowa District Court in and for Polk County.

10. Attached as Exhibit "C" is Defendant's Notice Regarding State Court Matters pursuant to L.R. 81.

11. Defendant states, pursuant to LR 81.1(a)(2), that the only matter pending in the state court at this time is Plaintiff's Petition (Exhibit A).

12. Wal-Mart designates Des Moines, Iowa as the place for trial.

WHEREFORE, Defendant notifies the Court of the removal of this action from the Iowa District Court in and for Polk County to the United States District Court for the Southern District of Iowa, Central Division.

Dated this 15th day of June, 2011

                WAL-MART STORES, INC., Defendant,

By: /s/ Heidi A. Guttau-Fox
Heidi A. Guttau-Fox (IA# 15513)
ICIS #AT0003021
Christopher R. Hedican (IA# 16099)
ICIS #AT0003470
of   BAIRD HOLM LLP
1500 Woodmen Tower
1700 Farnam St
Omaha, NE 68102-2068
Phone: 402-344-0500
Facsimile: 402-344-0588
hguttau-fox@bairdholm.com
chedican@bairdholm.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of June, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Harley C. Erbe
erbelawfirm@aol.com

And I hereby do certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

N/A

                /s/ Heidi A. Guttau-Fox

DOCS/1040337.2