# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| WANDA J. PHILIPSEN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC.,<br><br>　　　　Defendant. | CASE NO. 4:11CV00283 HDV-CFB<br><br>**AMENDED L.R. 81 STATEMENT REGARDING NOTICE OF REMOVAL** |

　　　　Defendant, Wal-Mart Stores, Inc., pursuant to L.R. 81, hereby submits its Amended LR 81 Statement to include the following supplemental information:

　　　　1.　　Defendant's counsel was notified by Plaintiff's counsel Harley C. Erbe after the removal that there is one pending motion or matter pending in state court that will require resolution which is Mr. Erbe's Motion to Withdraw as counsel. A copy of the pending Motion to Withdraw as counsel is attached hereto as Exhibit A.

　　　　Dated this 21st day of June, 2011.

　　　　　　　　　　　　　　　　　WAL-MART STORES, INC., Defendant,

　　　　　　　　　　　　　　　　　By: /s/ Heidi A. Guttau-Fox
　　　　　　　　　　　　　　　　　　　Heidi A. Guttau-Fox (IA# 15513)
　　　　　　　　　　　　　　　　　　　ICIS #AT0003021
　　　　　　　　　　　　　　　　　　　Christopher R. Hedican (IA# 16099)
　　　　　　　　　　　　　　　　　　　ICIS #AT0003470
　　　　　　　　　　　　　　　　　of　BAIRD HOLM LLP
　　　　　　　　　　　　　　　　　　　1500 Woodmen Tower
　　　　　　　　　　　　　　　　　　　1700 Farnam St
　　　　　　　　　　　　　　　　　　　Omaha, NE  68102-2068
　　　　　　　　　　　　　　　　　　　Phone: 402-344-0500
　　　　　　　　　　　　　　　　　　　Facsimile:  402-344-0588
　　　　　　　　　　　　　　　　　　　hguttau-fox@bairdholm.com
　　　　　　　　　　　　　　　　　　　sdavidson@bairdholm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of June, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

    Harley C. Erbe

And I hereby do certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

    N/A

                                                      /s/ Heidi A. Guttau-Fox

DOCS/1043791.1