IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| WANDA J. PHILIPSEN,<br><br>Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC.,<br><br>Defendant. | No. 4:11-cv-00283-HDV-CFB<br><br><br>**REPORT AND RECOMMENDATION** |

In the Report and Recommendation filed December 14, 2011 (Clerk's No. 12), it was recommended that this case be dismissed due to Plaintiff's failure to comply with Fed. R. Civ. P. 26. Additionally, the Court found that Defendant was entitled to the reasonable fees and costs associated with bringing the Motion, pursuant to Fed. R. Civ. P. 37. Defendant has submitted a Statement of Fees pursuant to the Order, and requests the amount of $693.00 for fees, and no costs. Based upon a review of the Statement submitted (Clerk's No. 13), the Court finds that this is a reasonable amount, and it should be awarded.

IT IS RESPECTFULLY RECOMMENDED that in addition to the dismissal of this action, the Court should award the amount of $693.00 for the reasonable fees associated with the failure of Plaintiff to comply with Fed. Rls. Civ. P. 16 and 26.

IT IS ORDERED that within fourteen (14) days after being served with a copy of this Report and Recommendation, any parties may file written objections with the District Court, under 28 U.S.C. § 636(b)(1), unless an extension of time for good cause is obtained. *Thompson v. Nix*, 897 F.2d 356, 357 (8th Cir. 1990) (per curiam); *Halpin v. Shalala*, 999 F.2d 342, 345 & n.1, 346 (8th Cir. 1993). The Court will freely grant such extensions. *Martin v. Ellandson*, 122 F. Supp. 2d 1017, 1025 (S.D. Iowa 2000). Any objections filed must identify the specific

portions of the Report and Recommendation and relevant portions of the record to which the objections are made and set forth the basis for such objections. *See* Fed. R. Civ. P. 72; *Thompson*, 897 F.2d at 357; *Martin*, 122 F. Supp. 2d at 1025. Failure to timely file objections may constitute a waiver of a party's right to appeal questions of fact. *Thomas v. Arn*, 474 U.S. 140, 155 (1985); *United States v. Newton*, 259 F.3d 964, 966 (8th Cir. 2001) (citing *Griffini v. Mitchell*, 31 F.3d 690, 692 (8th Cir. 1994)).

**IT IS SO ORDERED**.

Dated this 4th day of January, 2012.

_____
CELESTE F. BREMER
UNITED STATES MAGISTRATE JUDGE