UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

Wanda J. Philipsen

       Plaintiff

v

Wal-Mart Stores, Inc.

       Defendant

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:11-cv-283

☐ JURY VERDICT. This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

☉ DECISION BY COURT. This action came before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

Judgment in favor of defendant and against plaintiff. Defendant's motion for sanctions is granted, and its motion for attorney's fees and costs is denied.

Date: 2/24/2012

CLERK, U.S. DISTRICT COURT

*Susan Crocker*

By: Deputy Clerk